UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA SCHWARTZ,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DISCOVER BANK,<br><br>　　　　　　　Defendant. | Case No. 2:18-cv-02644-TLN-KJN<br><br>*[Assigned to the Honorable Troy L. Nunley]*<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION AND ARBITRATE ALL CLAIMS**<br><br>Action Filed: September 27, 2018<br>Trial Date: None set |

# ORDER

Having reviewed the Stipulation to Stay Action and Arbitrate All Claims (the "Stipulation") filed by plaintiff Laura Schwartz ("Plaintiff") and defendant Discover Bank ("Discover"), the Court hereby GRANTS the Stipulation and STAYS the action pending completion of arbitration proceedings.

**IT IS SO ORDERED.**

Dated: November 28, 2018

Troy L. Nunley
United States District Judge